| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Cook, Harold D | 2. Court or Organization<br><br>Northern District of Oklahoma | 3. Date of Report<br><br>05/10/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>224 South Boulder, Room 241<br>Tulsa, OK 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 12 A 11: 51 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lots in Cherokee County, OK | | | | | Sold | 4/20 | K | E | Freeda Gates |
| 2. F&M Nat'l Bank & Trust (non-interest bearing) | | None | K | T | | | | | |
| 3. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 4. -Smith Barney Bank Deposit Program | A | Interest | J | T | | | | | |
| 5. -Okla State TPK at TPK | D | Interest | M | T | | | | | |
| 6. -Okla St. Cap Impt at St Hwy | C | Interest | M | T | | | | | |
| 7. -Okla Agric&Mech Clges | B | Interest | M | T | | | | | |
| 8. -Jenks Okla Pub Wks Auth | D | Interest | M | T | | | | | |
| 9. -Blackrock Mun 2018 Term Trust | C | Dividend | L | T | | | | | |
| 10. -Nuveen Insd Premium Inc Muni Trust | A | Dividend | K | T | | | | | |
| 11. -Kerr McGee Common Stk | A | Dividend | J | T | | | | | |
| 12. -Diamonds Trust | A | Dividend | J | T | | | | | |
| 13. -Blackrock Insd Mun 2008 Fund | A | Dividend | K | T | | | | | |
| 14. -Solomon Bros Emerging Mks Debt Fd | D | Dividend | L | T | | | | | |
| 15. -JEA Var Rt Elec Rev | A | Interest | K | T | Buy | 4/25 | K | | |
| 16. -Minneapolis Minn Hlth Care Sys | A | Interest | K | T | Buy | 9/15 | K | | |
| 17. -Blackrock Insd Muni Tern Tr | A | Dividend | | | Sold | 9/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ML Muni Bond Fund | B | Dividend | L | T | | | | | |
| 19. -Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 20. -Eaton Vance Mun Income Trust | A | Dividend | K | T | | | | | |
| 21. -ING Clarion Global Real Estate | D | Dividend | L | T | | | | | |
| 22. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 23. -Sunoco Common Stk | A | Dividend | K | T | | | | | |
| 24. -Smith Barney Bank Deposit Program | A | Interest | K | T | | | | | |
| 25. -Okla St. Auth Tpk | C | Interest | L | T | | | | | |
| 26. -Nuveen Ins Div Adv Muni Fund | C | Dividend | L | T | | | | | |
| 27. -Solomon Bros Emerging Mks Debt Fd | C | Dividend | K | T | | | | | |
| 28. -Okla Colleges Brd Regents | B | Interest | K | T | | | | | |
| 29. -Okla Cnty Okla Indpt Sch Dist | C | Interest | L | T | | | | | |
| 30. -McKinley Cnty N Mex GR Tax Rev | C | Interest | L | T | | | | | |
| 31. -Tulsa Okla Met Util Auth Util Rev | B | Interest | K | T | | | | | |
| 32. -Puerto Rico Comwlth Rfdg-Pub Impt | B | Interest | K | T | | | | | |
| 33. -District Columbia Rev | A | Interest | K | T | Buy | 4/25 | K | | |
| 34. -Oklahoma Dept of Tsptn Grant | A | Interest | K | T | Buy | 7/19 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Sarasota Cnty Fla Sch Brd Ctfs Partn | B | Interest | L | T | | | | | |
| 36. -Okla Dev Fin Au Rev Ref | C | Interest | L | T | | | | | |
| 37. -Okla St Mun Pwr Auth Pwr | C | Interest | L | T | | | | | |
| 38. -Eaton Vance Mun Inc Trust | A | Dividend | | | Sold | 7/21 | K | A | |
| 39. -ING Clarion Global Real Estate Inc Fund | D | Dividend | L | T | | | | | |
| 40. -Am High Income Municipal Bond Fund C | B | Dividend | L | T | | | | | |
| 41. -Nuveen Insd Prem Inc Mun Tr | A | Dividend | | | Sold | 7/20 | K | A | |
| 42. BROKERAGE ACCOUNT (IRA) #3 | | | | | | | | | |
| 43. -Smith Barney Bank Deposit Program | A | Interest | J | T | | | | | |
| 44. -Diamonds Trust | A | Dividend | J | T | | | | | |
| 45. -TYCO International | A | Dividend | J | T | | | | | |
| 46. -Calamos Convertible Fund | A | Dividend | J | T | Partial Sell | 12/12 | J | A | |
| 47. -Evergreen Asset Alloc Fund | A | Dividend | J | T | | | | | |
| 48. BROKERAGE ACCOUNT (IRA) #4 | | | | | | | | | |
| 49. -ML Global Allocation | B | Dividend | K | T | Partial Sell | 2/23 | J | A | |
| 50. -ML Global Value FD CL B | A | Dividend | K | T | | | | | |
| 51. -Smith Barney Bank Deposit Program | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Calamos Convertible Fund | A | Dividend | J | T | | | | | |
| 53. -Evergreen Asset Alloc Fund | A | Dividend | K | T | Buy | 1/24 | K | | |
| 54. -Calomos Strategic Total Return | C | Dividend | M | T | Partial Sell | 2/16 | L | A | |
| 55. -Blackrock International Bond Fd Class C | A | Dividend | K | T | | | | | |
| 56. First Eagle Global Fund | A | Dividend | J | T | Buy | 2/23 | J | | |
| 57. -Federated Market Opportunity | D | Dividend | M | T | Buy | 2/14 | L | | |
| 58. Williams Cos, Inc. Common Stk | A | Dividend | M | T | | | | | |
| 59. BROKERAGE ACCOUNT #5 IRA | | | | | | | | | |
| 60. IRA Rollover | D | Dividend | N | T | | | | | |
| 61. -Dreyfus Liquid Assets Inc | | | | | | | | | |
| 62. -General Maritime Corp Com Stk | | | | | Sold | 3/10 | J | B | |
| 63. -Teekay Shipping Corp Com Stk | | | | | Sold | 2/24 | J | A | |
| 64. -Amedisys Inc Com Stk | | | | | Sold | 4/22 | J | A | |
| 65. -America Movil Sa De CV Spons ADR Com Stk | | | | | Sold | 4/22 | K | C | |
| 66. -Avid Technology Inc Com Stk | | | | | Sold | 4/22 | K | A | |
| 67. -Bucyrus International Inc Cl A | | | | | Sold | 4/22 | J | A | |
| 68. -CNF Inc Com Stk | | | | | Sold | 4/22 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Carters Inc Com Stk | | | | | Partial Sell | 12/20 | K | D | |
| 70. -Cash America International Inc Com Stk | | | | | Sold | 4/20 | J | A | |
| 71. -Catepillar Inc Com Stk | | | | | Sold | 4/20 | K | A | |
| 72. | | | | | Buy | 7/29 | K | | |
| 73. | | | | | Sold | 10/24 | K | A | |
| 74. -RR Donnelley & Sons Co Com Stk | | | | | Sold | 3/14 | K | A | |
| 75. -Dow Chemical Co Com Stk | | | | | Sold | 4/20 | K | A | |
| 76. -Ebay Inc Com Stk | | | | | Sold | 1/28 | J | A | |
| 77. -General Electric Co Com Stk | | | | | Sold | 1/4 | K | B | |
| 78. | | | | | Buy | 8/25 | K | | |
| 79. -Harris Corp-Delaware Com Stk | | | | | Sold | 4/22 | K | B | |
| 80. -Laserscope Com Stk | | | | | Buy | 1/3 | K | | |
| 81. | | | | | Sold | 2/15 | K | A | |
| 82. -MDC Holdings Inc Com Stk | | | | | Sold | 4/22 | J | A | |
| 83. -Paccar Inc-Del Com Stk | | | | | Partial Sell | 2/8 | J | A | |
| 84. | | | | | Sold | 2/24 | J | A | |
| 85. -Polo Ralph Lauren Corp Cl A Com Stk | | | | | Sold | 4/22 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Starbucks Corp Com Stk | | | | | Partial Sell | 3/03 | J | A | |
| 87. | | | | | Sold | 4/20 | J | B | |
| 88. | | | | | Buy | 10/13 | J | | |
| 89. | | | | | Buy | 10/20 | J | | |
| 90. -Station Casinos Inc Com Stk | | | | | Sold | 4/20 | K | C | |
| 91. -Tempur-pedic International Inc Com Stk | | | | | Sold | 7/22 | K | A | |
| 92. -Toll Bros Inc Com Stk | | | | | Sold | 4/22 | K | D | |
| 93. -Universal Forest Products Com Stk | | | | | Sold | 2/24 | K | A | |
| 94. -W Holding Company Inc Com Stk | | | | | Sold | 2/24 | J | A | |
| 95. -Yellow Roadway Corp Com Stk | | | | | Sold | 4/20 | K | B | |
| 96. -Exxon Mobil Corp Com Stk | | | | | Buy | 2/08 | K | | |
| 97. | | | | | Partial Sell | 3/01 | J | A | |
| 98. | | | | | Sold | 4/20 | K | A | |
| 99. -Federal Home Loan Bank Note | | | | | Buy | 5/18 | L | | |
| 100. | | | | | Mature | 6/1 | L | A | |
| 101. -Federal Natl Mtg Assn | | | | | Buy | 6/2 | L | | |
| 102. | | | | | Mature | 6/15 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy | 1/24 | K | | |
| 104. | | | | | Mature | 7/13 | K | A | |
| 105. | | | | | Buy | 7/1 | K | | |
| 106. | | | | | Mature | 7/20 | K | A | |
| 107. | | | | | Buy | 7/8 | K | | |
| 108. | | | | | Mature | 7/25 | K | A | |
| 109. -IVAX Corp Com Stk | | | | | Buy | 6/2 | K | | |
| 110. -Federal Farm Credit Banks Cons | | | | | Buy | 6/3 | L | | |
| 111. | | | | | Mature | 6/24 | L | A | |
| 112. | | | | | Buy | 6/16 | K | | |
| 113. | | | | | Mature | 7/8 | K | A | |
| 114. -The9 LTD-ADR-USD | | | | | Buy | 6/21 | K | | |
| 115. | | | | | Sold | 8/30 | J | A | |
| 116. -RESMED Inc Com Stk | | | | | Buy | 7/6 | K | | |
| 117. -Federal Home Loan Mtg Corp | | | | | Buy | 6/6 | L | | |
| 118. | | | | | Mature | 6/30 | L | A | |
| 119. -Pulte Homes Inc Com Stk | | | | | Buy | 6/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 10/5 | K | A | |
| 121. -Eagle Materials Com Stk | | | | | Buy | 6/17 | K | | |
| 122. | | | | | Partial Sell | 10/11 | J | B | |
| 123. | | | | | Partial Sell | 12/20 | J | B | |
| 124. -Penn National Gaming Inc Com Stk | | | | | Buy | 6/29 | K | | |
| 125. | | | | | Sold | 10/5 | J | A | |
| 126. -Beazer Homes USA Inc Com Stk | | | | | Buy | 7/8 | K | | |
| 127. | | | | | Sold | 10/12 | K | A | |
| 128. -GENZYME Corp Com Stk | | | | | Buy | 7/14 | K | | |
| 129. -Google Com Stk | | | | | Buy | 7/14 | K | | |
| 130. -Home Depot Com Stk | | | | | Buy | 7/19 | J | | |
| 131. -Covance Inc Com Stk | | | | | Buy | 7/21 | K | | |
| 132. -Select Sector Spdr-Energy Index | | | | | Buy | 7/6 | K | | |
| 133. | | | | | Buy | 7/29 | J | | |
| 134. | | | | | Partial Sell | 10/12 | J | A | |
| 135. | | | | | Sold | 10/25 | J | A | |
| 136. -Apple Computer Inc Com Stk | | | | | Buy | 8/15 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Amgen Inc Com Stk | | | | | Buy | 8/24 | J | | |
| 138. | | | | | Buy | 9/6 | J | | |
| 139. | | | | | Buy | 9/16 | J | | |
| 140. | | | | | Buy | 12/8 | J | | |
| 141. -Lowes Companies Inc Com Stk | | | | | Buy | 9/7 | J | | |
| 142. -Navteq Corp Com Stk | | | | | Buy | 9/13 | J | | |
| 143. | | | | | Sold | 10/31 | J | A | |
| 144. -Nasdaq 100 Trust | | | | | Buy | 11/11 | K | | |
| 145. -ISHARES Midcap 400 Gth Index Fund | | | | | Buy | 11/11 | K | | |
| 146. -Streettracks Morgan Stanley | | | | | Buy | 11/23 | J | | |
| 147. -Amazon Com Inc Com Stk | | | | | Buy | 10/20 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Harold D | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5 - 11 - 06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544